**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **CARLA S. READY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 06-CV-051-CVE-SAJ |
| ) | |
| **MURPHY OIL USA, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**STIPULATED DISMISSAL WITH PREJUDICE**

The parties, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal of the above-referenced matter, with prejudice. Each party will bear their own costs and attorneys' fees.

Respectfully submitted,

　s/David R. Blades
David R. Blades, OBA #15187
**ARMSTRONG & LOWE, P.C.**
1401 South Cheyenne
Tulsa, Oklahoma   74119
(918) 582-2500 - Telephone
(918) 583-1755 - Fax
**ATTORNEYS FOR PLAINTIFF**


　s/Jo Anne Deaton
Jo Anne Deaton, OBA #5938
Rhodes, Hieronymus, Jones,
　Tucker & Gable, PLLC
P.O. Box 21100
Tulsa, OK 74121
(918) 582-1173 - Telephone
(918) 592-3390 - Fax
**ATTORNEYS FOR DEFENDANTS**